IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID RICHARD SUTHERLAND, )
)
    Petitioner, )
)
v. ) CASE NO. CV409-060
)
BERRY GOODRICH, )
)
    Respondent. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. The Habeas Petition is **DISMISSED WITHOUT PREJUDICE**, and the **Clerk of Court** is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 22nd day of June, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA